12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Warrant for Person Under Supervision

Name of Person: **James Robert Richey**  Docket Number: **4:18CR00001-001**

Name of Sentencing Judicial Officer: **Honorable Ted Stewart**
**Senior U.S. District Judge**

Date of Original Sentence: **October 4, 2018**
Original Offense: **Possession of Child Pornography**
Original Sentence: **108 months custody/120 month supervised release**

Type of Supervision: **Supervised Release**  Supervision Began: **December 19, 2024**

### PETITIONING THE COURT

☒ To issue a warrant and toll the supervision term

Last known address: 589 W. Oak circle Myrtle Beach, SC 29588

### CAUSE

The probation officer believes that this person has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about January 3, 2025, the defendant failed to comply with the requirements of the Location Monitoring Program by missing his 7:00pm curfew, as directed by his/her U.S. Probation Officer

**Allegation No. 2:** On January 31, 2025, the defendant failed to submit to drug and/or alcohol testing, as directed by his/her U.S. Probation Officer.

**Allegation No. 3:** On February 5, 2025, the defendant submitted a urine sample, which tested positive for marijuana.

**Allegation No. 4:** On February 12, 2025, the defendant submitted a urine sample, which tested dilute.

**Allegation No. 5:** On March 20, 2025, the defendant submitted a urine sample, which tested dilute.

**Allegation No. 6:** As of April 4, 2025, the defendant failed to make a payment towards his restitution.

**Allegation No. 7:** On May 5, 2025, the defendant failed to submit to polygraph testing, as directed by his/her U.S. Probation Officer and/or the treatment provider.

**Allegation No. 8:** On or about May 5, 2025, the defendant used and/or possessed alcohol.

**Allegation No. 9:** On May 5, 2025, the person under supervision submitted a urine sample, which tested dilute.

**Allegation No. 10:** On May 29, 2025, the defendant failed to submit to drug and/or alcohol testing, as directed

PROB 12C  
D/UT 03/19

James Robert Richey  
4:18CR00001-001

by his/her U.S. Probation Officer.

**Allegation No. 11:** On or about January 3, 2025, the defendant failed to comply with the requirements of the Location Monitoring Program by missing his 7:00pm curfew, as directed by his/her U.S. Probation Officer.

Evidence in support of allegations 1–11 is contained within the files of the U.S. Probation Office and includes detailed communications from the U.S. Probation Office in the District of South Carolina, where he is currently supervised.

I declare under penalty of perjury that the foregoing is true and correct.

_____  
by Devin O. Dalton  
U.S. Probation Officer  
June 4, 2025

---

**THE COURT ORDERS:**

☑ The issuance of a warrant and tolling of the supervision time  
☐ The issuance of a summons  
☐ Other

_____  
Honorable Ted Stewart  
Senior United States District Judge  
Date: 6/6/2025