# United States District Court

for the
**District of Utah**

> **RECEIVED**
> *By THewlett at 9:55 am, Jun 06, 2025*

UNITED STATES OF AMERICA

V.

Case No: 4:18-cr-00001-TS-1

**James Robert Richey**

## ARREST WARRANT

To:     The United States Marshal
        and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   JAMES ROBERT RICHEY                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information

☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

☒ Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violation(s) on Petition**

in violation of _____ United States Code.

Ted Stewart
_____
Name of Issuing Officer

United States District Judge
_____
Title of Issuing Officer

_____
Signature of Issuing Officer

June 6, 2025 at Salt Lake City, Utah
_____
Date and Location

By:     MOZELLE HIATT
        Deputy Clerk

Bail fixed _____ by _____
                                              Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |